RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Derek Salazar

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>DEREK SALAZAR,<br><br>         Defendant. | Case No. 2:12-cr-00082-APG-VCF-3<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy Assistant Federal Public Defender, counsel for Derek Salazar that the Revocation Hearing currently scheduled on Wednesday, December 18, 2019 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.  Additionally, defense and government counsels will be out of the office from December 20 – 30, 2019 and therefore, unavailable during that time frame.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the need for continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 10th day of December, 2019.


RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                     United States Attorney


        */s/ Rebecca A. Levy*                       */s/ Kimberly M. Frayn*
By_____          By_____
REBECCA A. LEVY                            KIMBERLY M. FRAYN
Assistant Federal Public Defender          Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

DEREK SALAZAR,

        Defendant.

Case No. 2:12-cr-00082-APG-VCF-3

**ORDER**

     Based on the Stipulation of counsel, good cause appearing, and the best interests of justice being served by the granting of the requested continuance:

     IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Wednesday, December 18, 2019 at 2:00 p.m., be vacated and continued to February 19, 2020 at 10:30 a.m. in courtroom 6C.

DATED this 11th day of December, 2019.

_____

UNITED STATES DISTRICT JUDGE

3